SEIFLEY, APPELLEE, *v.* STATE FARM FIRE & CASUALTY COMPANY, APPELLANT.

[Cite as Seifley *v.* State Farm Fire & Cas. Co. (1989), 44 Ohio St. 3d 603.]

(No. 88-1393—Submitted May 31, 1989—Decided July 26, 1989.)

Inscore, Rinehardt, Whitney & Enderle* and *Larry L. Inscore,* for appellee.

*Sauter & Hohenberger, Wayne P. Hohenberger* and *Kenneth R. Beddow,* for appellant.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. I dissent, in that the issues should be discussed upon the merits and the court of appeals reversed.